IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>SKYLER F. SANDERS,<br><br>          Defendant. | 8:19CR397<br><br>ORDER |

IT IS ORDERED:

1) The government's oral motion for a protective order is granted.

2) Disclosure of discovery materials to anyone other than the defendant and his counsel is prohibited, and defendant is prohibited from retaining or making copies of the materials provided as discovery material.

Dated this 22nd day of March, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
SENIOR UNITED STATES DISTRICT JUDGE