# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:19CR397 |
| vs. | ) | |
| | ) | ORDER |
| SKYLER F. SANDERS, | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [100]. Counsel needs additional time because counsel has not had the opportunity to meet with his client face to face to discuss the substantial additional discovery from the plaintiff. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [100] is granted, as follows:

1. The jury trial, now set for July 20, 2021, is continued to **August 31, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 31, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

**DATED: June 30, 2021.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**